UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELARIAN K. WILSON, Plaintiff, v. BONITA SIMON, et al., Defendant. | Case No. 3:25-CV-00203-ART-CLB<br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Plaintiff Delarian K. Wilson brings this action against several Nevada Department of Corrections employees. (ECF No. 6.) On May 18, 2026, Wilson filed a motion to withdraw his Complaint. (ECF No. 13.) Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) recommending granting voluntary dismissal of the Complaint. (ECF No. 14).

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full. Wilson seeks a court order permitting the withdrawal and voluntary dismissal of his civil rights complaint pursuant to Rule 41(a). (ECF No. 13.) Although Defendants have not yet filed an answer or motion for summary judgment, and therefore a Court order granting dismissal is not required, the Court agrees with Judge Baldwin's reasoning recognizing Wilson's motion to withdraw. The Court also agrees that because Wilson specifically requests that the dismissal be entered with prejudice, so it should be ordered.

//

## I. Conclusion

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 14) is ADOPTED in full.

It is further ordered that Wilson's motion to withdraw his complaint (ECF No. 13) be construed as a notice of withdrawal under Rule 41(a)(1).

It is further ordered that the case be DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED: July 21, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE